■ LEON E. BORDEN v. F. E. ADAMS et al.— Motion to dismiss appeal from those portions of the order entered on January 11, 1961 as fixes the allowances of the attorneys and accountants for parties other than the attorneys and accountants for said appellants granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ PHILIP L. KELSER et al., Individually and as Copartners Doing Business under the Name of PHILIP L. KELSER & ASSOCIATES v. SACRAMENTO TELE-CASTERS, INC.— Motion to dismiss appeal granted, without costs. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ THERESA CAIOLA v. PETER CAIOLA.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorneys for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., et al., v. NATION ASSOCIATES, INC. ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., et al., v. GEORGE G. KIRSTEN, Individually, and Doing Business as THE NATION COMPANY.— Motion for consolidation and to dispense with printing granted insofar as to dispense with the printing of the records on appeal and the appellants' and respondents' points and to permit the appeals to be heard upon separate typewritten or mimeographed records on appeal, without printing the same, and upon separate typewritten or mimeographed appellants' and respondents' points, upon condition that the appellants serve one copy of the typewritten or mimeographed records and one copy of the typewritten or mimeographed appellants' points on the attorney for respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court, the said appeals to be argued or submitted together. In all other respects, the motion is denied. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ IRMA SELVAGGIO v. GUISEPPE SELVAGGIO.— Motion for a stay denied. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ SHOSHANA W. KRAUSHAR, Mother, on Behalf of JUDITH KRAUSHAR v. HENRY L. KRAUSHAR.— Motion for a stay denied. The appeal is dismissable. (*Matter of Allen* v. *Allen,* 7 A D 2d 901.) Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ 795 FIFTH AVENUE CORPORATION et al. v. CITY OF NEW YORK et al.— Motion by the Municipal Art Society for leave to appear and file a brief as *amicus curiæ* granted only insofar as to permit movant to serve and file a brief as *amicus curiæ* on or before April 7, 1961. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.